U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 2 3 2019

CLERK U.S. DISTRICT COURT
By: _____
                    Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:19-MJ-584 |
| DANIEL JOSEPH WILSON (01) | |

## CRIMINAL COMPLAINT

I, U.S. Postal Inspector Xaviahn Bryant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**Alleged Offense:**

Between in or around May 2019 and continuing through in or around June 2019, in the Fort Worth Division of the Northern District of Texas, **Daniel Joseph Wilson** did unlawfully have in his possession mail matter, specifically a check sent by victim R.I.FWND, which had been stolen, taken, embezzled and abstracted from the United States mail, knowing said mail matter to have been stolen, in violation of 18 U.S.C. § 1708.

**Probable Cause:**

1.  I am a United States Postal Inspector with the United States Postal Inspection Service (USPIS), and have been so employed for 10 months. I am currently assigned to the Fort Worth Mail Theft/Violent Crimes Team for the Fort Worth Division, and I am responsible for investigating mail theft, robberies, burglaries, access device fraud, and identity theft cases involving the U.S. Mail.

2.  Around May 2019, USPIS received multiple reports of suspected mail theft from blue collection boxes around the Dallas and Fort Worth, Texas area. Upon receiving these mail theft complaints, Affiant began reviewing video surveillance footage obtained

Criminal Complaint - Page 1

from The East Arlington Finance Unit located on Park Row in Arlington, Texas.

3. Through review of the video footage, Affiant observed that on or about April 30, 2019, a silver Chevrolet arrived at the East Arlington Finance Unit and stopped in front of the blue mail collection box at approximately 03:51 AM. The driver used a fishing device from the driver's side of the vehicle in an attempt to steal mail from that collection box.

4. USPIS retrieved the vehicle registration information for the silver Chevrolet. According to Texas Department of Public Safety (DPS) records, this vehicle is registered to **Daniel Joseph Wilson**. Affiant also obtained a copy of **Wilson's** driver's license photo.

5. On or about May 17, 2019, Affiant located the suspect vehicle in an apartment complex located on Broadmoor Drive in Fort Worth.

6. On or about May 28, 2019, victim K. M. filed a police report with the Benbrook Police Department stating that a check that had been placed in a blue collection box located on Benbrook Boulevard in Benbrook, Texas, had been stolen, altered, and negotiated by **Wilson**. K.M. indicated he or she did not know anyone by the name of **Daniel Wilson**, nor had **Wilson** been given permission to possess this check. K. M. advised this check was negotiated at a Walmart located at on Benbrook Boulevard. Video surveillance footage obtained from this Walmart shows **Wilson** negotiating the check.

7.  **Wilson** opened Capital One checking account number x3815, in his name. On or about May 4, 2019, a check issued by R.I.FWND, which had been stolen from the mail stream, was altered to pay **Wilson** and deposited into **Wilson's** account.

8.  On or about June 12, 2019, investigators with the North Richland Hills Police Department opened an investigation based on reports that a check had been stolen from victim J.I, who had reported that a check J.I. had mailed had been stolen out of the mail, and the payee and amount had been altered. The payee was changed to **Daniel Wilson** and the amount was changed to $120.00. This check was then negotiated at a Walmart located on Clifford Street in Fort Worth. J.I. is not familiar with anyone by the name of **Daniel Wilson**, nor was **Wilson** given permission to possess this check. On or about June 13, 2019, investigators obtained surveillance images from Walmart which show **Wilson** at the counter cashing the altered check with Flores standing by his side.

9.  Based on the foregoing, I submit there is probable cause to believe that **Daniel Joseph Wilson** did unlawfully have in his possession mail matter, which had been stolen, taken, or abstracted from the U.S. mails, knowing said mail matter to have been stolen, all in violation of 18 U.S.C. § 1708.

Xaviahn Bryant, Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to before me on this \_\_\_23rd\_\_\_ day of July, 2019 at \_\_2:28\_\_ p.m., in Fort Worth, Texas.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE